UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

FRANK BLUE,

        Plaintiff,                    Case No. 1:24-cv-511

v.                                            Honorable Sally J. Berens

UNKNOWN BAILEY et al.,

        Defendants.
_____/

**ORDER FOR PARTIAL DISMISSAL**

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's action against Defendants Bailey and Burks be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that, Plaintiff's official capacity claims for monetary damages and injunctive relief and his personal capacity claims for injunctive relief against Defendants Fatoki, Unknown Party #1 named as Nurse Dave, Unknown Party #2 named as Nurse Karen, Hyun, Tober, Miller, Lange, and Bowman be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   August 15, 2024                      /s/ Sally J. Berens
                                                          SALLY J. BERENS
                                                          United States Magistrate Judge