UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK BLUE JR.,

    Plaintiff,

v.

    Case No. 1:24-cv-511

    Hon. Hala Y. Jarbou

UNKNOWN BAILEY, et al.,

    Defendants.
_____/

## ORDER

On June 10, 2025, the magistrate judge entered a report and recommendation ("R&R") that the Court dismiss the case for failure to prosecute due to Plaintiff's failure to update the Court with his current mailing address. (R&R, ECF No. 35.) No parties have filed objections to the R&R and the Court has not received an updated mailing address.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 35) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will enter in accordance with this Order.

Dated: July 9, 2025　　　　　　　　　/s/ Hala Y. Jarbou
　　　　　　　　　　　　　　　　　　HALA Y. JARBOU
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE